**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALFONSO ANDRES RAMIREZ-GARCIA**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, *et al.*** | **CIVIL ACTION**<br><br>**No. 26-6115** |

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon a petition by Alfonso Andres Ramirez-Garcia for a writ of habeas corpus, it is hereby **ORDERED** that Respondents shall **SHOW CAUSE** by August 24, 2026, why the writ should not be granted and relief ordered.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**